# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE MICHAELS COMPANIES INC.,<br><br>    Defendant. | CASE NO. 6:15-CV-00068 (RWS)<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion to Dismiss with Prejudice. The Court, having reviewed the motion, and being well-advised, finds that the motion should be GRANTED.

It is therefore ORDERED that all claims asserted by Plaintiff Landmark Technology, LLC against Defendant The Michaels Companies Inc., are DISMISSED with prejudice to the re-filing of same.

It is ORDERED that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

 **SIGNED this 2nd day of September, 2015.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE